United States District Court
Southern District of Texas
**ENTERED**
April 13, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HOWARD KNIGHT,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-03124 |
| | § | |
| **TEXAS HOSPITAL HOLDINGS, LLC;** | § | |
| **TEXAS WEST OAKS HOSPITAL, L.P.;** | § | |
| and **WEST OAKS HOSPITAL, INC.,** | § | |
| | § | |
| *Defendants*. | § | |

## STIPULATED JUDGMENT ENTRY

This matter having come before the Court on the Complaint filed by Plaintiff Howard Knight ("Knight") against the Defendants and the Court finding that Knight has accepted an Offer of Judgment by Defendants, and the Court finding good cause to reflect the terms of that Judgment in this Stipulated Judgment Entry, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. On January 7, 2022, the Defendant Texas West Oaks Hospital, L.P. served a Rule 68 Offer of Judgment on Knight.

2. On January 10, 2022, Knight filed his Notice of Acceptance of Rule 68 Offer of Judgment with this Court (D # 14).

3. Judgment in this matter is entered in favor of Knight and against Defendant Texas West Oaks Hospital, L.P.

4. The Defendants denominated as West Oaks Hospital, Inc. and Texas Hospital Holdings, LLC are dismissed with prejudice from this lawsuit.

5. Texas West Oaks Hospital, L.P. shall comply with the terms set forth in the Rule 68 Offer of Judgment contained as an Exhibit to the Notice of Acceptance of Rule 68 Offer of Judgment filed with this Court (D # 14) and which is incorporated herein.

6. Pursuant to the Rule 68 Offer of Judgment Texas West Oaks Hospital, L.P. shall pay to Knight compensatory damages in the sum of $25,000.00.

7. Pursuant to the Rule 68 Offer of Judgment Texas West Oaks Hospital, L.P. shall pay to Knight's attorney the sum of $22,500.00 for attorney fees and $972.00 in costs as full and complete renumeration for his reasonable attorney's fees and costs accrued as a result of this matter.

8. The parties acknowledge that they have consulted with legal counsel and enter into this Stipulated Judgment Entry freely and voluntarily.

Signed: April 13, 2022

_____
JUDGE, United States District Court, Southern District of Texas, Houston Division

/s/ Ben A. West
Ben A. West
State Bar No. 24084074
S.D. Federal ID No. 2471145
bwest@fbtlaw.com
**FROST BROWN TODD LLC**
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
(214) 545-3472 – Telephone
(214) 545-3473 – Facsimile

3 | P a g e

Thomas E. Wheeler, II (*Pro Hac Vice Forthcoming*)
IN Bar # 13800-49
twheeler@fbtlaw.com
**FROST BROWN TODD LLC**
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, Indiana 46244-0961
(317) 237-3800 – Telephone
(317) 237-3900 – Facsimile

**ATTORNEYS FOR DEFENDANTS**


 */s/ Andrew Rozynski (by permission)*
Andrew Rozynski
**EISENBERG & BAUM, LLP**
24 Union Square East, Penthouse
New York, NY  10003
(212) 353-8700
Fax:  (917) 591-2875
arozynski@eandblaw.com

**ATTORNEYS FOR PLAINTIFF**